## DOROTHY ROLLA *v.* BARBARA MURRAY
## (12353)

DUPONT, C. J., and LAVERY and SCHALLER, Js.
Argued September 27—decision released October 18, 1994

*Barbara Murray,* pro se, the appellant (defendant).
*Glen A. Canner,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.